UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IRA L. WELLS | CIVIL ACTION |
| VERSUS | NO. 11-3069 |
| ABF FREIGHT SYSTEMS, INC. | SECTION "R"(1) |

### ORDER WITHDRAWING REFERENCE

Considering the notice of lack of unanimous consent to proceed before the United States Magistrate (R. Doc. 8).

Accordingly,

IT IS ORDERED that the referral of this matter to U.S. Magistrate Judge Sally Shushan pursuant to Local Rule 73.2 is hereby withdrawn.

IT IS FURTHER ORDERED that a PRELIMINARY CONFERENCE will be held BY TELEPHONE on THURSDAY, MAY 31, 2012, at 10:30 a.m. for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates. The Court will initiate the telephone conference call and will be represented at the conference by its Case Manager, Jay Susslin.

New Orleans, Louisiana, this __15th__ day of May, 2012.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Shushan